**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE
CLERK OF COURT

TELEPHONE: 202-275-8000

March 19, 2014

To: Aaron P. Bradford

Re: Appeal No. 14-1323, Teashot.LLC v. Green Mountain Coffee Roaster

Dear Counsel:

Your docketing statement cannot be filed for the following reason(s):

- All PDFs submitted to the Court must be text-searchable. ECF-7(B)

A corrected docketing statement must be submitted to the clerk's office within 10 days from the date of this letter. Failure to do so would violate the court's instructions and could raise an issue regarding possible sanctions.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court